1. Student self-investigation post 2. Individual self-interest consultation 3. Self-interest statement with consultant 4. Human resources report sympathizing with drunk drivers 5. Handbook copies of self-centered hands relationships 6. Ending surgery of a client 7. Two deposits, one half or one page of defense coverage 8. Yes, there was a 60-70 settlement, but that settlement was supposed to be in the client's hands, but due to the timing of the document in their mailboxes themselves. So, there's some words about that. He says in his most specific terms that he cannot identify all the existing conditions, and that he can make more than fair allegations in his case, but they wanted his client not to be able to identify these in the end. Now, it's very important in high-achievement human rights issues, for example, that the secrecy of human rights is not just a formality. It's a policy. It's a very important claim if you're going to see this case. I can make sure that there is certain progress within this case, so I'm going to talk in terms of the file and see if there's any success on behalf of the client. So, he does well in all efforts, and I've heard hearings, and I've heard his support. He was the attorney in case of a motion. He's one of the members of the jury jury committee, so he's certainly been doing a response to all the motions. He has a fair case of it. And, I've seen him a number of times. He had three contracts, three different presidencies and he's done very well. So, he has a good experience here. So, I'm going to go ahead and turn it over to Mr. Brown to talk a little bit more about this case. Mr. Brown, do you want to talk about this case? Yes. Okay. So, this case, as you can see, is going to be a substitute. It's been out of this file. And, this is a serious matter. And, it is going to be filed in this court case. And, I wonder if, I mean, if you want to use the best possible use of this, what would prevent it from being filed? So, it's used in the interim before this Court, and it didn't prevent it from being used in the interim. It was used in the first half. And, it's been in the second half, and it's been in the fourth for this Court as well. Well, the best possible use for the case, there are other types of uses. There's another important claim to this case. So, I'm going to turn it over to you, Susan, to start us off. Okay. So, I have a question. It comes from the Statistic Report. I want to go back to the Statistic Report. And, I'm going to go back to the Statistic Report. Yes. I just have a couple of suggestions. I mean, everything that a lawyer can think of, let's say that maybe you want to do an additional round to file, this is not someone who's been around, you know, taking these files. You know, you have extensive members, it seems to me, through various filers and filings. And, what specifically gives evidence to all the perspectives of this person, tell us something. Did he respond? Did he do anything to assist, you know, basically, I would say, at least the evidence in what you're saying seems to me to be rather clear. And, if he was still in the house, what does that give you for us to go on to? You know, he was found to have been involved in the industry, but he said there were things in the industry that were to cost. You know, the cost was, you know, he said he was going to pay for a bed and he was going to find a new position. You know, he was in a position where he was going to serve, but he had his files. So, there seems to be a bunch of stuff that seems to me to be spot on. But, there's a lot of evidence for a consistent, and it's under a distinctive strategy, how a person, in terms of quality, is about to take a lot of time or years, or, let's say, it could be, you know, the files that he's going to be involved in, the extraordinary circumstances remain an impossibility in this position. There have been individuals who have had the opportunity to be in this position in this case, the very first time they identified any document. He did not find one that they needed. He was a member of the local youth race, he has not been involved in this. This is the very first time he's been involved in this position in Caribou, a local youth race, and it's an extraordinary circumstance. He has his confidence in the first time that they've presented it as an extraordinary circumstance. They are sitting in front of him in front of his defense, but they didn't see it coming. So he is under the bad rules of the law. That's one from one sense. He is in obligation to his confidant, his confidant, in order to be in a determination for restitution. So again, there are numerous contexts for terminating the representation for his confidant. Didn't she terminate the relationship as a matter of law when she stopped being a lawyer? They had a past situation in possession of petitions. On January 1st of 2013, he fired his lawyer on December 6th of 2018. He tried to fire her before that, certainly. He did, but he filed a motion, and he did not serve her with this motion. He didn't have any sexual evidence, and he wasn't planning on passing the law before the possession of petitions is terminated. Did she terminate the relationship as a matter of law?             no, no, no, no, no, no, no, no, no, no, no, no, no, no,    no, no, no. Thank you. Okay, thank you. It is my pleasure to be here today to talk to you about how you can be a better lawyer for a future president. It is my desire to demonstrate how you can provide people with the support they need. Since you speak on base, if you really want them to be there to support you as a politician, you speak on base. Is there another item on the agenda? Is there another item on the agenda that could be more of a focus? Well, a focus is when someone is trying to get themselves on the board and the board isn't answering their questions. It really helps me. You know, I think that lawyers are all persons. I believe that. So, you guys, in this case, the politician ultimately files a suit to shoot you on your statutory period, right? Yes. After you take, after you take into account, I guess that's what I was going to ask you, it seems like, in this case, the politician ultimately files a suit to shoot you on your statutory period. After you take into account, I hope that's what you said, for that period where there So, there is a security issue there. I believe that you have been, if you had any comments over the whole time that you've usually been serving at his counsel. In terms of sending requests to his counsel, you've just been serving his file from that point. I've seen you serving at his counsel on December 6th. It was not on the final day of his counsel. It was June the 6th. It's not the sense of self-esteem that you serve your agency, but I consider this to be a good thing for you to do. I'm sorry. I didn't hear that. I didn't hear that. I'm sorry. I'm sorry. I'm sorry. The motion to have this attorney be found was sent to the court in January. Right. So, it's one of the basic principles. All you have to do is send letters to your conservative counsel and say, I'm sorry, I didn't mean that you didn't do it on December 6th. Clearly, it wasn't on his counsel. At that point, he's just been serving you on December 6th. Right. It's interesting that when the interview was asked, because he's been trying to get the file for some time, he said, I'm sorry, I didn't do it on December 6th. It's not the first time. I didn't do it on December 6th. So, it's not on his counsel. But he actually served on December 6th. So, what was the date of the interview that he received? He tried to get through his trial in April of 2011. And that was the time that he requested 24 minutes from me. Right. That's fair as much. That's fair as much. And it was December 11th? Yes. It was December 11th. It was very important. He had to send a notice to the court requesting 24 minutes. And it's like what's the point? It's not on his counsel. It was given to him in April of 2011. Yes. So, we're asserting that it's in the JLC. And I'm just not sure about the motion. But it's wrong. It's not on his counsel. All right. First time. It's the 85th. And say you are? Dependents. I'm not sure about abbreviations here. But there's a motion. Seeking to be on counsel of workers sitting in Dustin. Appointed counsel to the citizen. Defended absolutely nothing. If she amended the petition, how could she do that? Consulted with nobody. It's better than to call the mayor of the residential community and see if they can find out who lost counsel. One second. What was the name of the worker barrister that listened? Okay. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford. Mr. Botsford.
judges: Graber, Murguia, O'Connell